PD-0312-15

PD-0312-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/20/2015 5:48:54 PM
Accepted 3/25/2015 10:04:48 AM
ABEL ACOSTA
CLERK

# TO THE COURT OF CRIMINAL APPEALS OF TEXAS

No._____

_____

**ROBERT S. SHEARER,**
*Appellant*
v.
**THE STATE OF TEXAS,**
*Appellee*

_____

## MOTION TO EXTEND TIME TO FILE PETITION
## FOR DISCRETIONARY REVIEW

_____

On Petition for Discretionary Review from the Court of Appeals for the Tenth District, Waco, Texas in Cause No. 10-14-0031-CR; DISMISSING an appeal from a judgment issued in Cause No. 5054-A from the County Court at Law #2 of Brazos County, Texas.

_____

FILED IN
COURT OF CRIMINAL APPEALS

March 25, 2015

ABEL ACOSTA, CLERK

**R. Scott Shearer**
TBA No. 00786464
917 Franklin, Suite 320
Houston, TX 77002
(713) 254-5629
(713) 224-2889 FAX
*ShearerLegal@Yahoo.com*

**Attorney for Appellant**

March 20, 2015

**TO THE HONORABLE COURT OF CRIMINAL APPEALS OF TEXAS:**

**NOW COMES, ROBERT SCOTT SHEARER** and files this Motion To Extend Time To File Petition For Discretionary Review. In support of this motion, he would respectfully show the Court the following:

I.

In a UNPUBLISHED opinion delivered January 15, 2015, a panel of the Tenth Court of Appeals DISMISSED Appellant's appeal from a judgment of conviction for speeding by the County Court at Law #2 Court of Brazos County. Appellant filed a motion for rehearing, which was overruled on February 19, 2015. Appellant's Petition for Discretionary Review is due on March 23, 2015. This motion to extend time to file petition for discretionary review is timely filed within thirty days after the court of appeals issued its opinion or overruled Appellant's Motion for Rehearing or within fifteen days of said deadline. *See* TEX. R. APP. PROC. 68.2.

II.

Appellant is requesting additional time to file the petition for discretionary review. More time is necessary to research the issues involved.

III.

Appellant asserts that this motion is not made solely for purposes of delay and that the granting of this motion will not prejudice the rights of the State.

IV.


Appellant is therefore requesting a thirty [30] day extension so that his Petition may be timely filed.


**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that the Honorable Court of Criminal Appeals will grant his Motion To Extend Time To File Petition For Discretionary Review.


Respectfully submitted,

/s/R. SCOTT SHEARER
**R. Scott Shearer**
TBA No. 00786464
917 Franklin, Suite 320
Houston, TX 77002
(713) 254-5629
(713) 224-2889 FAX
*ShearerLegal@Yahoo.com*

**Attorney for Appellant**

March 20, 2015

**CERTIFICATE OF SERVICE**

I certify that a copy of this Motion has been served upon the State of Texas by e-mailing a copy of same to the following parties at the following addresses on this the 15th day of March, 2015:


BRAZOS CO. DISTRICT ATTORNEY'S OFFICE
APPELLATE SECTION
300 E. 26TH STREET, SUITE 1300
BRYAN, TX 77803


/s/R. SCOTT SHEARER
**R. Scott Shearer**